IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KAREN OLDRATI v. BJ'S WHOLESALE CLUB, INC. | CIVIL ACTION NO. 21-4817 |
|---|---|

## ORDER

**AND NOW, TO WIT:** This 3rd day of March, 2022, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                      **KATE BARKMAN**, Clerk of Court

           **BY:**   /s/ Amanda Frazier
                      Amanda Frazier
                      Deputy Clerk

O:\CIVIL 21\21-4817 Oldrati v. BJ's Wholesale\21cv4817 41b Order.docx